# EXHIBIT A

| REG. NO. | WORD/DESIGN MARK | CLASS(ES) | REG. DATE |
|---|---|---|---|
| 3891798 | HOLLYWOOD | Class 25 - Athletic apparel, namely, shirts, pants, jackets, footwear, hats and caps, athletic uniforms; Bomber jackets; Capri pants; Caps; [ Cargo pants; Children's and infant's apparel, namely, jumpers, overall sleepwear, pajamas, rompers and one-piece garments; ] Denim jackets; Denims; Dress shirts; Golf pants, shirts and skirts; Golf shirts; Hooded sweat shirts; Jerseys; Leather jackets; Night shirts; Pants; Polo shirts; Shirts; Short-sleeved or long-sleeved t-shirts; Short-sleeved shirts; Ski jackets; Sweat pants; Sweat shirts; Ties; Tops; Waterproof jackets and pants; Wind pants; Wind resistant jackets; Wind shirts.. | December 21, 2010 |
| 3646762 | HOLLYWOOD | Class 25 - Clothing, namely, t-shirts. | June 30, 2009 |
| 3891796 | HOLLYWOOD | Class 16 - Paper; Paper and cardboard; Paper bags and sacks; Paper bags for packaging; Paper banners; Paper board; Paper bows for gift wrap; Paper boxes; Paper boxes for storing greeting cards; Paper cartons for delivering goods; Paper containers; Paper envelopes for packaging; Paper for wrapping and packaging; Paper gift bags; Paper gift wrap; Paper labels; Paper napkins; Paper note tablets; Paper notebooks; Paper signboards; Paper stationery; Paper table cloths; Paper tissues for cosmetic use; Paper towels; Paper wine gift bags; Postcard paper; Posters made of paper; Printed paper labels; Printed paper signs; Printed products, namely, menu boards. | December 21, 2010 |
| 3031702 | HOLLYWOOD | Class 14 - Jewelry, namely imitation jewelry, jewelry of precious metal and stones, cuff links, tie pins, brooches, jewelry chains, pendants, jewelry pins for use on hats and jackets and shirts. | December 20, 2005 |
| 5230470 | HOLLYWOOD | Class 30 - Candy for food; Cereal-based snack food; Chocolate food beverages not being dairy-based or vegetable based; Chocolate-based beverages; Chocolate-based beverages with milk; Dough-enrobed foods consisting of a dough-based wrapper with fillings consisting primarily of meats, poultry, fish, fruits and vegetables and cheese; Food package combinations consisting primarily of bread, crackers and/or cookies; Hop extracts used as flavoring for foods and beverages; Ready to eat, cereal derived food bars; Rice-based snack foods. | June 27, 2017 |
| 4968965 | ★ | Class 09 - Computer software for the databasing, visualization, manipulation, virtual reality immersion and integration of geographic information with on-line member communities; Downloadable virtual goods, namely, computer programs featuring images of the Hollywood Walk of Fame sidewalk monument for use by others in online virtual worlds; Interactive video games of virtual reality comprised of computer hardware for use with an external monitor and software; Virtual reality game software; Virtual reality software that enables others to superimpose and print photographs of themselves near the Hollywood Walk of Fame sidewalk monument; VPN virtual private network hardware; VPN virtual private network operating software.. | May 31, 2016 |

| REG. NO. | WORD/DESIGN MARK | CLASS(ES) | REG. DATE |
|---|---|---|---|
| 6011665 | | Class 25 - Sweatshirts; T-shirts; Tank tops; Turtleneck pullovers; Turtlenecks; Graphic T-shirts; Hooded sweatshirts; Mock turtle-neck sweaters; Short-sleeved or long-sleeved t-shirts. | March 17, 2020 |